IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR46 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| TOMAS BARRIOS-SAMANIEGO, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

Judge Thalken has issued a findings and recommendation[1] suppressing certain statements given to ICE agents on December 3 and 17, 2012. (Filing No. 29.) Today, counsel informed me that they have reached a Rule 11(c)(1)(C) plea agreement. Counsel requested that I expedite a plea hearing and sentencing. Counsel also requested that I waive a presentence report. After being advised by counsel as to the defendant's criminal history and the nature and circumstances of the offense,

IT IS ORDERED that:

(1)   A presentence report is waived.

(2)   A hearing on the defendant's request to plead guilty with sentencing to follow is scheduled for Friday, April 26, 2013, at 9:00 a.m., before the undersigned Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

(3)   An interpreter is required.

DATED this 16th day of April, 2013.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

[1] I intend to deny the findings and recommendation as moot if I accept the Rule 11(c)(1)(C) plea agreement and sentence the defendant.