IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR46 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| TOMAS BARRIOS-SAMANIEGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 4, 2013, Magistrate Judge Thomas D. Thalken issued certain findings and recommended that the defendant's motion to suppress statements "be granted as to statements made to the ICE agents on December 3 and 17, 2012" (filing 29). On April 16, 2013, however, the defendant filed a petition to enter a plea of guilty (filing 31). This subsequent filing effectively moots the motion to suppress. Accordingly,

IT IS ORDERED:

1. The defendant's motion to suppress (filing 21) is denied without prejudice, as moot; and

2. The court will take no action on the magistrate judge's findings and recommendation (filing 29).

DATED this 22nd day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge